```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Naseef Bryan, Jr.

    v.                                                            Case No. 1:24-cv-158-SE-AJ

Secretary of State, NH, State of

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 17, 2024 (doc. no. 4). For the reasons explained therein, plaintiff's complaint (doc. no. 1) and addendum (doc. no. 3) are dismissed due to lack of subject matter jurisdiction.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

                                                      _____
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: July 25, 2024

cc:   Naseef Bryan, Jr, pro se